**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**J. F., L. F. and J. L. F., as parent and**
**next friend**

        **Plaintiffs,**

**v.**                                       **Case No:  2:11-cv-650-FtM-99SPC**

**FULMER HELMETS, INC.,**

        **Defendant.**

_____/

## ORDER

This matter comes before the Court on the Plaintiff, J.L.F. by and through J.F. and L.F. as Parents' Agreed Motion for Substitution of Party (Doc. #17) filed on August 17, 2012.  The Motion to Substitute was referred to this Court on September 6, 2012.  Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiffs conferred with the Defendant who does not oppose the requested substitution.  Thus, the Motion is now fully briefed and ripe for the Court's review.

Pursuant to Fed. R. Civ. P. 17(c), a "minor or incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." Gonzalez-Gonzalez-Jimenez de Ruiz v. U.S., 231 F.Supp.2d 1187, 1196 (M.D. Fla. 2002).  Typically, "the next friend who sues on behalf of the minor is that minor's parent." Id.  In this instance, the Plaintiffs J.F and L.F are the parents of the minor child J.L.F.  The minor child J.L.F. whose real name is Joshua L. Figur is now eighteen (18) years old and is *sui juris* and no longer needs a "next friend" to represent his interest in this case.  As such, the parents J.F. and L.F. now move to substitute Joshua L. Figur as the Plaintiff in the case.  Since the Motion is

unopposed and Joshua L. Figur, the real party in interest in the case, is no longer a minor, the Court finds good cause to grant the Motion to Substitute a Party.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, J.L.F. by and through J.F. and L.F. as Parents' Agreed Motion for Substitution of Party (Doc. #17) is **GRANTED**.

(1) Joshua L. Figur is hereby substituted as the real party in interest as the Plaintiff in this case.

(2) The Clerk of the Court is directed to change the style of the case on the Court's docket to reflect that the substituted Plaintiff, Joshua L. Figur is now the Plaintiff in this case.

(3) The Plaintiff's parents are hereby relieved of all further responsibility in this case as the "next friend" representing the interest of the minor child.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of September, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record